Form ntcapttr (04/16)

# UNITED STATES BANKRUPTCY COURT
District of Wyoming

Case Number: 16−20723
Chapter: 7
Judge: Cathleen D. Parker

In Re: Debtor(s) name(s) (used by the debtor(s) in the last 8 years, including married, maiden, trade); and address:
Dennis Lee Abramson
aka Abe Abramson
4746 Skyline Dr.
Lot #4
Laramie, WY 82070

Social Security number or ITIN:   xxx−xx−7371
EIN:

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND APPROVAL OF BLANKET BOND

1. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

Tracy L. Zubrod
219 E. 18th Street
Cheyenne, WY 82001

2. If the trustee rejects this selection, the trustee must notify the Court and the U.S. Trustee within five (5) days of receipt of this notice.  Otherwise, the trustee will be deemed to have accepted the office of trustee.

Dated: 9/26/16

United States Trustee

REJECTION

I, Tracy L. Zubrod, hereby REJECT appointment as Trustee.
Dated: _____

_____
Tracy L. Zubrod

NOTE: If rejected, file the original with the Court and a copy with the U.S. Trustee.