Form defntc(04/16)

**UNITED STATES BANKRUPTCY COURT**

District of Wyoming

Case Number: 16−20723
Chapter: 7
Judge: Cathleen D. Parker

In Re: Debtor(s) name(s) (used by the debtor(s) in the last 8 years, including married, maiden, trade); and address:

Dennis Lee Abramson
aka Abe Abramson
4746 Skyline Dr.
Lot #4
Laramie, WY 82070

Social Security number or ITIN:   xxx−xx−7371
EIN:

**DEFICIENCY NOTICE**

To the Debtor(s) and their attorney, if any:

You are hereby notified that unless the following documents or items are properly filed and complied with no later than the dates below, the case will be automatically dismissed by the Court without further notice or hearing:

List of All Creditors due 10/11/2016
Employee Income Record due 10/11/2016

Any party desiring to object to the dismissal of the case may do so by filing an objection within fourteen (14) days and request a hearing in accordance with L.B.R. 1017−2.

Dated: 9/26/16                                                                 Tim J. Ellis
                                                                                      Clerk of Court