IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| DENNIS LEE ABRAMSON | ) | Case No. 16-20723 |
| | ) | Chapter 7 |
| Debtor(s). | ) | |

**FILED**

2:03 pm, 9/26/16

Tim J. Ellis
Clerk of Court

### ORDER ALLOWING PAYMENT OF FILING FEES IN INSTALLMENTS

IT IS ORDERED that the Debtor pay the filing fee of $335.00, in the following manner:

$185.00 with the filing of the petition, and the
balance of $150.00 due on or before November 7, 2016

by cash, certified check, or money order to the order of the Clerk, United States Bankruptcy Court, 2120 Capitol Avenue, Suite 6004, Cheyenne, Wyoming 82001.

IT IS FURTHER ORDERED that until the filing fee is paid in full the Debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the Debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

BY THE COURT

*Cathleen D. Parker*
_____ 9/26/2016

Honorable Cathleen D. Parker
United States Bankruptcy Judge

Service to:
David McCarthy