```
                     United States Bankruptcy Court
                           District of Wyoming
In re:                                                     Case No. 16-20723-cdp
Dennis Lee Abramson                                        Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1089-2          User: mxncrt              Page 1 of 1              Date Rcvd: Sep 26, 2016
                              Form ID: 309A             Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2016.
db             +Dennis Lee Abramson,    4746 Skyline Dr.,    Lot #4,    Laramie, WY 82070-5768
tr             +Tracy L. Zubrod,    219 E. 18th Street,    Cheyenne, WY 82001-4507
1131302        +AT&T Mobility,    c/o Business Bankruptcy,    PO Box 769,    Arlington, TX 76004-0769
1131310        +Albany County Circuit Court,    525 Grand Ave.,    Room 400,    Laramie, WY 82070-3851
1131308        +Collection Center of Wyoming,    PO Box 400,    Rawlins, WY 82301-0400
1131307        +EOS CCA,   PO Box 981008,    Boston, MA 02298-1008
1131305       #+Emergency Physicians of Laramie,    3908 Grand Ave. #201,    Laramie, WY 82070-5174
1131309        +Ivinson Memorial Hospital,    255 N. 30th Street,    Laramie, WY 82072-5195
1131311        +Kelli DeCora,    512 S. Pine St.,    Laramie, WY 82072-7018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: david@dmpclaw.com Sep 27 2016 00:13:51      David McCarthy,
                 217 Grand Avenue, Suite #3,    Laramie, WY
smg             EDI: IRS.COM Sep 27 2016 00:13:00       Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA   19101-7346
ust            +E-mail/Text: ustpregion19.cy.ecf@usdoj.gov Sep 27 2016 00:13:54      US Trustee,
                 308 West 21st Street, 2nd Floor,    Cheyenne, WY 82001-3669
1131306        +E-mail/Text: nestar@acsiwest.com Sep 27 2016 00:13:56      American Collection Systems, Inc.,
                 407 S. 21st Street,    Laramie, WY 82070-4323
1131303        +EDI: CAPITALONE.COM Sep 27 2016 00:13:00      Capital One Bank USA,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
1131304        +EDI: RCSFNBMARIN.COM Sep 27 2016 00:13:00      Credit One Bank,    PO Box 98872,
                 Las Vegas, NV 89193-8872
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2016 at the address(es) listed below:
              David McCarthy    on behalf of Debtor Dennis Lee Abramson david@dmpclaw.com,    office@dmpclaw.com
              Tracy L. Zubrod    tzubrod@zubrodlawofficepc.com,    wy08@ecfcbis.com;jjaques@zubrodlawofficepc.com
              US Trustee    USTPRegion19.cy.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dennis Lee Abramson** | Social Security number or ITIN  xxx–xx–7371 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Wyoming** | | Date case filed for chapter  **7**  **9/23/16** |
| Case number:  **16–20723** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Dennis Lee Abramson | | |
| 2. | **All other names used in the last 8 years** | aka Abe Abramson | | |
| 3. | **Address** | 4746 Skyline Dr.<br>Lot #4<br>Laramie, WY 82070 | | |
| 4. | **Debtor's attorney**<br>Name and address | David McCarthy<br>217 Grand Avenue, Suite #3<br>Laramie, WY | | Contact phone 307–742–9177 |
| 5. | **Bankruptcy trustee**<br>Name and address | Tracy L. Zubrod<br>219 E. 18th Street<br>Cheyenne, WY 82001 | | Contact phone 307–778–2557 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 2120 Capitol Avenue #6004<br>Cheyenne, WY 82001–3633 | Lobby Hours: Monday–Friday<br>8:30AM–12:00PM 1:00PM–5:00PM<br><br>Contact phone 307–433–2200<br><br>Date: 9/26/16 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 26, 2016 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Parties may contact the Trustee for possible appearance alternatives.** | Location:<br><br>**308 West 21st Street, 2nd Floor, Cheyenne, WY 82001** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/27/16** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**