United States Bankruptcy Court
District of Wyoming

In re:                                                                    Case No. 16-20723-cdp
Dennis Lee Abramson                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1089-2          User: mxncrt            Page 1 of 1            Date Rcvd: Sep 26, 2016
                              Form ID: defntc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2016.
db             +Dennis Lee Abramson,    4746 Skyline Dr.,   Lot #4,   Laramie, WY 82070-5768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2016 at the address(es) listed below:
              David   McCarthy    on behalf of Debtor Dennis Lee Abramson david@dmpclaw.com,  office@dmpclaw.com
              Tracy L. Zubrod    tzubrod@zubrodlawofficepc.com,  wy08@ecfcbis.com;jjaques@zubrodlawofficepc.com
              US Trustee    USTPRegion19.cy.ecf@usdoj.gov
                                                                                             TOTAL: 3

Form defntc(04/16)

**UNITED STATES BANKRUPTCY COURT**

District of Wyoming

Case Number: 16−20723
Chapter: 7
Judge: Cathleen D. Parker

In Re: Debtor(s) name(s) (used by the debtor(s) in the last 8 years, including married, maiden, trade); and address:

Dennis Lee Abramson
aka Abe Abramson
4746 Skyline Dr.
Lot #4
Laramie, WY 82070

Social Security number or ITIN:  xxx−xx−7371
EIN:

**DEFICIENCY NOTICE**

To the Debtor(s) and their attorney, if any:

You are hereby notified that unless the following documents or items are properly filed and complied with no later than the dates below, the case will be automatically dismissed by the Court without further notice or hearing:

List of All Creditors due 10/11/2016
Employee Income Record due 10/11/2016

Any party desiring to object to the dismissal of the case may do so by filing an objection within fourteen (14) days and request a hearing in accordance with L.B.R. 1017−2.

Dated: 9/26/16                                                   Tim J. Ellis
                                                                Clerk of Court