United States Bankruptcy Court
District of Wyoming

In re:  
Dennis Lee Abramson  
       Debtor

Case No. 16-20723-cdp  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1089-2     User: cxycrt     Page 1 of 1     Date Rcvd: Sep 26, 2016  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2016.  
db           +Dennis Lee Abramson,   4746 Skyline Dr.,   Lot #4,   Laramie, WY 82070-5768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2016 at the address(es) listed below:  
            David   McCarthy    on behalf of Debtor Dennis Lee Abramson david@dmpclaw.com,   office@dmpclaw.com  
            Tracy L. Zubrod    tzubrod@zubrodlawofficepc.com,   wy08@ecfcbis.com;jjaques@zubrodlawofficepc.com  
            US Trustee    USTPRegion19.cy.ecf@usdoj.gov  
                                                                                                                                             TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

FILED
2:03 pm, 9/26/16

Tim J. Ellis
Clerk of Court

| | |
|---|---|
| In re ) | |
| ) | |
| DENNIS LEE ABRAMSON ) | Case No. 16-20723 |
| ) | Chapter 7 |
| Debtor(s). ) | |

### ORDER ALLOWING PAYMENT OF FILING FEES IN INSTALLMENTS

IT IS ORDERED that the Debtor pay the filing fee of $335.00, in the following manner:

$185.00 with the filing of the petition, and the
balance of $150.00 due on or before November 7, 2016

by cash, certified check, or money order to the order of the Clerk, United States Bankruptcy Court, 2120 Capitol Avenue, Suite 6004, Cheyenne, Wyoming 82001.

IT IS FURTHER ORDERED that until the filing fee is paid in full the Debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the Debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

BY THE COURT

_____  9/26/2016
Honorable Cathleen D. Parker
United States Bankruptcy Judge

Service to:
David McCarthy