**University of Wyoming**
1000 E. University Ave., Dept. 3314
Laramie, WY 82071

| | |
|---|---|
| Pay Group: | SAL-Salaried Benefited |
| Pay Begin Date: | 09/01/2016 |
| Pay End Date: | 09/30/2016 |

| | |
|---|---|
| Business Unit: | UNWYO |
| Advice #: | 000000000929372 |
| Advice Date: | 09/30/2016 |

**Dennis L. Abramson**
General Storage Bldg
Laramie, WY 82071

| | |
|---|---|
| Employee ID: | |
| Department: | 45270-Material Services |
| Job Title: | Construction Laborer, Senior |
| Pay Rate: | $29,628.00 Annual |

**TAX DATA:**

| | Federal | WY State |
|---|---|---|
| Marital Status: | Single | n/a |
| Allowances: | 1 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Salaried Benefited | | | 2,469.00 | 1,568.00 | 22,221.00 |
| Comp Time Earned | | 1.00 | 0.00 | | 0.00 |
| Straight Time No Pay | | 157.00 | 0.00 | | 0.00 |
| Holiday Hours | | 8.00 | 0.00 | | 0.00 |
| Sick Leave | | 8.00 | 0.00 | 110.23 | 0.00 |
| Vacation | | 3.00 | 0.00 | 100.00 | 0.00 |
| Leave of Absence | | | 0.00 | -49.77 | -667.84 |
| **TOTAL:** | | **177.00** | **2,469.00** | **1,728.46** | **21,553.16** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 237.34 | 2,047.55 |
| Fed MED/EE | 35.40 | 309.36 |
| Fed OASDI/EE | 151.39 | 1,322.80 |
| WY WYOMING Loc ER/EE | 0.00 | 0.00 |
| **TOTAL:** | **424.13** | **3,679.71** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| State Health Ins-Sheltered | 23.66 | 189.28 |
| State Life Insurance-Sheltered | 3.55 | 28.40 |
| UW403b Program | 20.00 | 180.00 |
| TIAA/CREF Retirement | 56.91 | 461.44 |
| **TOTAL:** | **104.12** | **859.12** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Vision Care- Non Tax Sheltered | 8.40 | 75.60 |
| Child Support | 424.00 | 3,816.00 |
| **TOTAL:** | **432.40** | **3,891.60** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Fed Med/ER | 35.40 | 309.36 |
| Fed OASDI/ER | 151.39 | 1,322.80 |
| State Health Ins-Sheltered | 753.43 | 6,027.44 |
| Employee Assistance Program | 2.04 | 18.36 |
| Long Term Disability-Salaried | 5.73 | 40.29 |
| UW403b Program | 20.00 | 180.00 |
| Worker's Compensation | 88.88 | 852.31 |
| Insurance Retirement Subsidy | 14.81 | 129.29 |
| TIAA/CREF Retirement | 353.44 | 3,120.71 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,469.00 | 2,364.88 | 424.13 | 536.52 | 1,508.35 |
| YTD | 21,553.16 | 20,694.04 | 3,679.71 | 4,750.72 | 13,122.73 |

| YEAR-TO-DATE | VACATION | SICK LEAVE |
|---|---|---|
| Start Balance | 80.1 | 14.3 |
| + Earned | 93.4 | 70.1 |
| - Taken | 100.0 | 64.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **73.5** | **20.4** |

### NET PAY DISTRIBUTION

| Bank Name | Account Type | Deposit Amount |
|---|---|---|
| A.C.P.E. F.C.U. | Checking | 1,508.35 |
| **TOTAL:** | | **1,508.35** |

**MESSAGE:**