David McCarthy
DAVID MCCARTHY, P.C.
Wyoming State Bar # 6-3639
david@dmpclaw.com
217 Grand Ave., Suite # 3
P.O. Box 774
Laramie, WY 82073
Telephone: 307.742.9177
Facsimile: 307.460.5491

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

IN RE: )
)   Case No. 16-20723
Dennis Lee Abramson )
aka Abe Abramson, )
)
Debtor. )

### VERIFICATION OF CREDITOR MATRIX

**COMES NOW** the Debtor, Dennis Lee Abramson, aka Abe Abramson, by and through his attorney, David McCarthy of David McCarthy, P.C., and hereby verifies that the attached list of creditors is true and correct to the best of his knowledge.

**DATED** this 30 day of September, 2016.

_____
David McCarthy
DAVID MCCARTHY, P.C.
Attorney for Debtors
Wyoming State Bar # 6-3639
david@dmpclaw.com
217 E. Grand Ave. Suite # 3
P.O. Box 774
Laramie, WY 82073
Telephone: 307.742.9177
Facsimile: 307.460.5491

Albany County Circuit Court
525 Grand Ave. Room 400
Laramie, WY  82070

American Collection Systems, Inc.
407 S. 21st St.
Laramie, WY  82070

AT&T Mobility
c/o Business Bankruptcy
PO Box 769
Arlington, TX  76004

Capital One Bank USA
PO Box 30285
Salt Lake City, UT  84130

Collection Center of Wyoming
PO Box 400
Rawlins, WY  82301

Credit One Bank
PO Box 98872
Las Vegas, NV  89193

Emergency Physicians of Laramie
3908 Grand Ave. #201
Laramie, WY  82070

EOS CCA
PO Box 981008
Boston, MA  02298

Ivinson Memorial Hospital
255 N. 30th St.
Laramie, WY  82072

Kelli DeCora
512 S. Pine St.
Laramie, WY  82072