United States Bankruptcy Court
District of Wyoming

In re:  
Dennis Lee Abramson  
       Debtor

Case No. 16-20723-cdp  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1089-2     User: cxycrt     Page 1 of 1     Date Rcvd: Oct 20, 2016  
                   Form ID: ntcfpfm     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2016.  
db           +Dennis Lee Abramson,    4746 Skyline Dr.,    Lot #4,    Laramie, WY 82070-5768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2016 at the address(es) listed below:  
         David   McCarthy    on behalf of Debtor Dennis Lee Abramson david@dmpclaw.com,   office@dmpclaw.com  
         Tracy L. Zubrod    tzubrod@zubrodlawofficepc.com,   wy08@ecfcbis.com;jjaques@zubrodlawofficepc.com  
         US Trustee    USTPRegion19.cy.ecf@usdoj.gov  
                                                                                          TOTAL: 3

Form ntcfpfm(04/16)

**UNITED STATES BANKRUPTCY COURT**

District of Wyoming

Case Number: 16−20723
Chapter: 7
Judge: Cathleen D. Parker

In Re: Debtor(s) name(s) (used by the debtor(s) in the last 8 years, including married, maiden, trade); and address:

Dennis Lee Abramson
aka Abe Abramson
4746 Skyline Dr.
Lot #4
Laramie, WY 82070

Social Security number or ITIN:  xxx−xx−7371
EIN:

***NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION
OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
(Official Form 423)***

   Notice is hereby given that, subject to limited exceptions, an individual debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7, 13 or 11. Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 423)* as described in 11 U.S.C. § 111.

   A list provided by the United States Trustee of "Approved Providers of Personal Financial Management Instructional Courses (Debtor Education) Pursuant to 11 U.S.C. § 111" is available through the U.S. Trustee's website at www.justice.gov/ust. It is also accessible from the court web site at www.wyb.uscourts.gov.

   Debtor(s) and/or debtor(s) attorney is/are hereby notified that Official Form 423 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s) attorney is/are hereby notified that the debtor(s) must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341 of the Code in a chapter 7 case. In a chapter 11 or 13 individual case, file no later than the last payment made by the debtor as required by the plan, order by the Court, or the filing of a motion for discharge under § 1141 (d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

   Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: 10/20/16                                                         Tim J. Ellis
                                                                        Clerk of Court

   *NOTE: Official Interim Form 423 (Debtor's Certification of Completion of Instructional Course Concerning Personal
   Financial Management) must be filed in all individual chapter 11, 13 and chapter 7 cases.