David McCarthy
DAVID MCCARTHY, P.C.
Wyoming State Bar # 6-3639
david@dmpclaw.com
217 Grand Ave., Suite # 3
P.O. Box 774
Laramie, WY 82073
Telephone: 307.742.9177
Facsimile: 307.460.5491

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 16-20723 |
| Dennis Lee Abramson | ) |
| aka Abe Abramson, | ) |
| | ) |
| Debtor. | ) |

**NOTICE OF CHANGE OF ADDRESS**

**COMES NOW** the Debtor, Dennis Lee Abramson, aka Abe Abramson, by and through his attorney, David McCarthy of David McCarthy, P.C., and hereby gives notice of his change of address. Debtor's address has changed to the following:

914 Converse Ave.

Cheyenne, WY 82001

**DATED** this 27 day of October, 2016.

David McCarthy
DAVID MCCARTHY, P.C.
Attorney for Debtor
Wyoming State Bar # 6-3639
david@dmpclaw.com
217 E. Grand Ave. Suite # 3
P.O. Box 774
Laramie, WY 82073
Telephone: 307.742.9177
Facsimile: 307.460.5491