IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In Re: Dennis Lee Abramson,

Case No. 16-20723

Debtor(s).

## TRUSTEE'S DIRECTIVE

**NOTICE TO DEBTOR(S):**

Section 521(3) of the United States Code states "debtor shall...cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title." This directive requests that you cooperate with the Trustee and provide the documents or items requested below in a timely manner. If you fail to cooperate or if you supply incomplete or inaccurate information, then the Trustee may ask the United States Bankruptcy Court to impose sanctions against you. Sanctions allowed by law include a revocation of the discharge that you would receive in Bankruptcy Court. To avoid a delay in administering your case and avoid sanctions by the Trustee or the Court, provide the requests herein. If you do not understand what is required of you, consult your attorney, if you have retained one, and if appropriate, the Trustee.

The following requests are made:

1. <u>2016 federal income tax return and refund, to the extent of the prepetition amount. (Debtors cannot obtain Rapid Refund Loans or the like against this tax refund). The return and refund must be turned over to the trustee immediately upon completion and receipt. You must provide a copy of this tax return before any post-petition tax refund check will be provided to you.</u>

2. <u>Cash on hand of:</u> 50.00

3. <u>Bank balance(s) of:</u> 102.84, 5.00

4. <u>Wages of:</u> 87.99

5. DSO form by Oct. 28, 2016

6. 

7. 

8. 

DATED: 10/26/2016

_____
Debtor

_____
Debtor

_____
Tracy L. Zubrod
Chapter 7 Bankruptcy Trustee
219 E. 18th Street
Cheyenne, WY 82001
307-778-2557
307-778-8225 (fax)