IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Dennis Lee Abramson, | ) | Case No. 16-20723 |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## Request to Clerk to Notify Creditors to File Proofs of Claims

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT

Please take notice that the chapter 7 trustee, Tracy L. Zubrod, has funds or believes that she will have funds for disbursement to creditors of this estate.

PLEASE NOTIFY CREDITORS to file proofs of claims in this case.

DATED: November 10, 2016.     /s/ *Tracy L. Zubrod*–(electronically filed)
TRACY L. ZUBROD
Chapter 7 Trustee
219 East 18th Street
Cheyenne, Wyoming 82001
(307) 778-2557