Form ntcflcl(04/16)

# UNITED STATES BANKRUPTCY COURT
District of Wyoming

Case Number: 16–20723
Chapter: 7
Judge: Cathleen D. Parker

In Re: Debtor(s) name(s) (used by the debtor(s) in the last 8 years, including married, maiden, trade); and address:

Dennis Lee Abramson
aka Abe Abramson
914 Converse Ave.
Cheyenne, WY 82001

Social Security number or ITIN:   xxx–xx–7371
EIN:

### ORDER AND NOTICE FIXING TIME TO FILE PROOF OF CLAIMS
### IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. All creditors of the above–named estate are required to file their claims pursuant to Rule 3002(c)(5) by **2/14/17** in order to participate in the distribution of funds available.

2. Attach copies of documents in support of your claim, such as purchase orders, invoices, itemized statements of running accounts, court judgements, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, **attach summary**.

3. The claim form should not be used to make a claim for expenses incurred after the filing of the Bankruptcy Petition; such expenses may be paid only upon proper application and notice pursuant to 11 U.S.C. Section 503.

4. To receive an acknowledgement of the receipt of your claim, enclose a stamped, self–addressed envelope and copy of your claim.

5. Please include your telephone number, including area code on the proof of claim form.
   Submit Claims to:

   United States Bankruptcy Court
   2120 Capitol Ave., STE. 6004
   Cheyenne, WY 82001

A PROOF OF CLAIM FORM MAY BE OBTAINED AT OUR WEBSITE www.wyb.uscourts.gov. CREDITORS WHO HAVE PREVIOUSLY FILED CLAIMS NEED NOT FILE AGAIN.

Dated: 11/10/16                                   Tim J. Ellis
                                                  Clerk of Court