United States Bankruptcy Court
District of Wyoming

In re:                                                                      Case No. 16-20723-cdp
Dennis Lee Abramson                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1089-2          User: mxncrt          Page 1 of 1          Date Rcvd: Nov 10, 2016
                              Form ID: ntcflcl       Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
```
db              +Dennis Lee Abramson,    914 Converse Ave.,    Cheyenne, WY 82001-5237
1131302         +AT&T Mobility,    c/o Business Bankruptcy,    PO Box 769,    Arlington, TX 76004-0769
1131310         +Albany County Circuit Court,    525 Grand Ave.,    Room 400,    Laramie, WY 82070-3851
1131308         +Collection Center of Wyoming,    PO Box 400,    Rawlins, WY 82301-0400
1131307         +EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
1131309         +Ivinson Memorial Hospital,    255 N. 30th Street,    Laramie, WY 82072-5195
1131311         +Kelli DeCora,    512 S. Pine St.,    Laramie, WY 82072-7018
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              EDI: IRS.COM Nov 10 2016 23:03:00      Internal Revenue Service,    PO Box 7346,
                  Philadelphia, PA  19101-7346
1131306         +E-mail/Text: nestar@acsiwest.com Nov 10 2016 23:11:13      American Collection Systems, Inc.,
                  407 S. 21st Street,    Laramie, WY 82070-4323
1131303         +EDI: CAPITALONE.COM Nov 10 2016 23:03:00      Capital One Bank USA,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
1131304         +EDI: RCSFNBMARIN.COM Nov 10 2016 23:03:00      Credit One Bank,    PO Box 98872,
                  Las Vegas, NV 89193-8872
1131305         +E-mail/Text: jutru70@gmail.com Nov 10 2016 23:11:13      Emergency Physicians of Laramie,
                  3908 Grand Ave. #201,    Laramie, WY 82070-5174
```
                                                                                    TOTAL: 5

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
```
              David  McCarthy   on behalf of Debtor Dennis Lee Abramson david@dmpclaw.com,  office@dmpclaw.com
              Tracy L. Zubrod    tzubrod@zubrodlawofficepc.com,   wy08@ecfcbis.com;jjaques@zubrodlawofficepc.com
              US Trustee    USTPRegion19.cy.ecf@usdoj.gov
```
                                                                                    TOTAL: 3

Form ntcflcl(04/16)

## UNITED STATES BANKRUPTCY COURT

District of Wyoming

Case Number:  16–20723
Chapter:  7
Judge:  Cathleen D. Parker

In Re: Debtor(s) name(s) (used by the debtor(s) in the last 8 years, including married, maiden, trade); and address:

Dennis Lee Abramson
aka Abe Abramson
914 Converse Ave.
Cheyenne, WY 82001

Social Security number or ITIN:   xxx–xx–7371
EIN:

---

### *ORDER AND NOTICE FIXING TIME TO FILE PROOF OF CLAIMS*
### *IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:*

1. All creditors of the above–named estate are required to file their claims pursuant to Rule 3002(c)(5) by **2/14/17** in order to participate in the distribution of funds available.

2. Attach copies of documents in support of your claim, such as purchase orders, invoices, itemized statements of running accounts, court judgements, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, **attach summary**.

3. The claim form should not be used to make a claim for expenses incurred after the filing of the Bankruptcy Petition; such expenses may be paid only upon proper application and notice pursuant to 11 U.S.C. Section 503.

4. To receive an acknowledgement of the receipt of your claim, enclose a stamped, self–addressed envelope and copy of your claim.

5. Please include your telephone number, including area code on the proof of claim form.

Submit Claims to:

United States Bankruptcy Court
2120 Capitol Ave., STE. 6004
Cheyenne, WY 82001

A PROOF OF CLAIM FORM MAY BE OBTAINED AT OUR WEBSITE www.wyb.uscourts.gov.
CREDITORS WHO HAVE PREVIOUSLY FILED CLAIMS NEED NOT FILE AGAIN.

Dated: 11/10/16                                    Tim J. Ellis
                                                   Clerk of Court