UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In Re:
ABRAMSON, DENNIS LEE

Case No. 16-20723

Debtor(s)

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND ALLOWANCE OF ADMINISTRATIVE EXPENSES

The undersigned Trustee applies for compensation and expenses and states that all services performed by the Trustee were necessary and the compensation does not exceed the maximum authorized by law.

No interim compensation to the Trustee has been allowed and paid except to the extent described herein, and no payments have been made or promised for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between the applicant and any other person for sharing compensation received or to be received.

COMPENSATION:
(For cases filed on or after 10/22/94)

| | | |
|---|---|---|
| 25% of $1,977.38 (1st $5,000.00) | $ 494.35 | ($1,250.00 Max) |
| 10% of $0.00 (next $45,000.00) | $ 0.00 | ($4,500.00 Max) |
| 5% of $0.00 (next $950,000.00) | $ 0.00 | ($47,500.00 Max) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION REQUESTED | $ 494.35 | |

EXPENSES: (Itemization attached)
| | |
|---|---|
| Bond premiums | $ 0.00 |
| Travel (0 miles @ 0.0 cents/mile) | $ 0.00 |
| Copies (130 @ 25.0 cents/copy) | $ 32.50 |
| Postage | $ 16.31 |
| Telephone charges | $ 0.00 |
| Clerical/secretarial staff (0.0 hrs @ $0.00/hr) | $ 0.00 |
| Paralegal staff (0.0 hrs @ $0.00/hr) | $ 0.00 |
| Supplies/stationary | $ 3.10 |
| Distribution | $ 0.00 |
| Professional | $ 0.00 |
| Other | $ 0.00 |
| TOTAL EXPENSES REQUESTED | $ 51.91 |
| TOTAL FEES & EXPENSES REQUESTED | $ 546.26 |

WHEREFORE, the Trustee requests that this application be approved by this Court, and that the fees and expenses be allowed.

DATED: June 21, 2017.

/s/ TRACY L. ZUBROD, Chapter 7 Trustee
Trustee in Bankruptcy

# Expense Worksheet
## Period: 01/01/00 - 06/21/17
## Trustee: TRACY L. ZUBROD, Chapter 7 Trustee (700120)

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 16-20723 | **Case Name:** | ABRAMSON, DENNIS LEE | |
| **Case Type:** | Assets | **Judge:** | Cathleen D. Parker | |
| **Petition Date:** | 09/23/16 | **341a Meeting:** | 10/26/16   09:30 | |

**Category: COPIES**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 09/23/16 | Meeting Notes | 1.00 | $0.250 | $0.25 |
| 10/26/16 | e-filing notice | 2.00 | $0.250 | $0.50 |
| 10/26/16 | Trustee's Directive | 1.00 | $0.250 | $0.25 |
| 10/28/16 | emails from d/a | 5.00 | $0.250 | $1.25 |
| 11/04/16 | DSO | 8.00 | $0.250 | $2.00 |
| 11/09/16 | Request to Clerk to Notify Creditors to File Proof of Claims | 1.00 | $0.250 | $0.25 |
| 12/19/16 | IRS turnover letter | 8.00 | $0.250 | $2.00 |
| 03/30/17 | Claims Register | 2.00 | $0.250 | $0.50 |
| 06/08/17 | NFR | 85.00 | $0.250 | $21.25 |
| 06/08/17 | TDR | 15.00 | $0.250 | $3.75 |
| 06/08/17 | banking info | 2.00 | $0.250 | $0.50 |
| | **Total for category COPIES:** | **130.00** | | **$32.50** |

**Category: POSTAGE**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 11/04/16 | DSO letters | 4.00 | $0.490 | $1.96 |
| 12/19/16 | IRS turnover letter | 1.00 | $0.490 | $0.49 |
| 06/08/17 | postage for checks | 4.00 | $0.490 | $1.96 |
| 06/08/17 | NFR | 17.00 | $0.700 | $11.90 |
| | **Total for category POSTAGE:** | **26.00** | | **$16.31** |

**Category: SUPPLIES**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 09/23/16 | folder | 1.00 | $0.500 | $0.50 |
| 06/08/17 | envelopes | 26.00 | $0.100 | $2.60 |
| | **Total for category SUPPLIES:** | **27.00** | | **$3.10** |
| | **Total for case 16-20723:** | | | **$51.91** |

| | |
|---|---|
| **Grand Total:** | **$51.91** |