# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| In re: ABRAMSON, DENNIS LEE | § Case No. 16-20723-CDP |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that TRACY L. ZUBROD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
2120 Capitol Avenue, Suite 6004
Cheyenne, WY 82001

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/18/2017     By: /s/TRACY L. ZUBROD
                                 Trustee

TRACY L. ZUBROD
219 E. 18TH STREET
CHEYENNE, WY  82001
(307) 778-2557

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re: ABRAMSON, DENNIS LEE | § | Case No. 16-20723-CDP |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 1,977.38 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 1,977.38 |
| **Balance on hand:** | $ 1,977.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 1,977.38 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - TRACY L. ZUBROD, Chapter 7 Trustee | 494.35 | 0.00 | 494.35 |
| Trustee, Expenses - TRACY L. ZUBROD, Chapter 7 Trustee | 51.91 | 0.00 | 51.91 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 546.26 |
| Remaining balance: | $ 1,431.12 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,431.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,431.12

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,970.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COLLECTION CENTER OF WYOMING | 1,598.90 | 0.00 | 95.46 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 3,353.90 | 0.00 | 200.24 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 600.66 | 0.00 | 35.86 |
| 4 | AMERICAN COLLECTION SYSTEMS, INC. | 18,417.04 | 0.00 | 1,099.56 |

Total to be paid for timely general unsecured claims: $ 1,431.12
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00
Remaining balance:  $    0.00

Prepared By: /s/TRACY L. ZUBROD
Trustee

TRACY L. ZUBROD
219 E. 18TH STREET
CHEYENNE, WY 82001
(307) 778-2557

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1089-2<br>Case 16-20723<br>District of Wyoming<br>Cheyenne<br>Tue Jul 18 09:03:12 MDT 2017 | AT&T Mobility<br>c/o Business Bankruptcy<br>PO Box 769<br>Arlington, TX 76004-0769 | Dennis Lee Abramson<br>914 Converse Ave.<br>Cheyenne, WY 82001-5237 |
| Albany County Circuit Court<br>525 Grand Ave.<br>Room 400<br>Laramie, WY 82070-3851 | American Collection Systems, Inc.<br>407 S. 21st Street<br>Laramie, WY 82070-4323 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank USA<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Collection Center of Wyoming<br>PO Box 4000<br>Rawlins, WY 82301-0479 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 |
| EOS CCA<br>PO Box 981008<br>Boston, MA 02298-1008 | Emergency Physicians of Laramie<br>3908 Grand Ave. #201<br>Laramie, WY 82070-5174 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Ivinson Memorial Hospital<br>255 N. 30th Street<br>Laramie, WY 82072-5195 | Kelli DeCora<br>512 S. Pine St.<br>Laramie, WY 82072-7018 | David McCarthy<br>217 Grand Avenue, Suite #3<br>Laramie, WY 82070-3604 |
| PYOD, LLC its successors and assigns as assi<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | US Trustee<br>308 West 21st Street, 2nd Floor<br>Cheyenne, WY 82001-3669 | Tracy L. Zubrod<br>219 E. 18th Street<br>Cheyenne, WY 82001-4507 |

End of Label Matrix
Mailable recipients   17
Bypassed recipients    0
Total                17