IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

FILED

2:08 pm, 7/25/17

Tim J. Ellis
Clerk of Court

In Re:
ABRAMSON, DENNIS LEE

Case No. 16-20723

Chapter 7

Debtor(s)

## ORDER REGARDING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

It appearing that no objection and request for hearing was filed within the time fixed by the Court after notice to all creditors and other parties in interest with respect to the Trustee's application for the allowance and payment of compensation and expenses from the estate, and having thereafter duly examined and considered all such requests and applications and no actual hearing being necessary in the circumstances, it is hereby ordered that:

1. Reasonable compensation for actual and necessary services rendered or reimbursement for actual and necessary expenses incurred are hereby awarded or allowed, under U.S.C. Section 330(a), 503(b)(2), or 503(b)(4) as follows:

| Applicant | Compensation | Expenses | Total |
|---|---|---|---|
| Trustee, TRACY L. ZUBROD, Chapter 7 Trustee | 494.35 | 51.91 | 546.26 |
| Bankruptcy Clerk | | 0.00 | 0.00 |
| Other-blanket bond premium | | 0.00 | 0.00 |

2. Administrative expenses heretofore allowed by interim order, if any, are hereby modified to the extent applicable by paragraph 1 above of this Order.

BY THE COURT:

*Cathleen D. Parker*

7/25/2017

Cathleen D. Parker
United States Bankruptcy Judge