```
                      United States Bankruptcy Court
                             District of Wyoming
In re:                                                    Case No. 16-20723-cdp
Dennis Lee Abramson                                       Chapter 7
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 1089-2        User: srhcrt              Page 1 of 1         Date Rcvd: Jul 25, 2017
                            Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
db              #+Dennis Lee Abramson,    914 Converse Ave.,    Cheyenne, WY 82001-5237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
              David McCarthy    on behalf of Debtor Dennis Lee Abramson david@dmpclaw.com, office@dmpclaw.com
              Tracy L. Zubrod    tzubrod@zubrodlawofficepc.com, wy08@ecfcbis.com;maria@zubrodlawofficepc.com
              US Trustee    USTPRegion19.cy.ecf@usdoj.gov
                                                                                             TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re:<br>ABRAMSON, DENNIS LEE<br><br>Debtor(s) | Case No. 16-20723<br><br>Chapter 7 |

FILED
2:08 pm, 7/25/17
Tim J. Ellis
Clerk of Court

### ORDER REGARDING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

It appearing that no objection and request for hearing was filed within the time fixed by the Court after notice to all creditors and other parties in interest with respect to the Trustee's application for the allowance and payment of compensation and expenses from the estate, and having thereafter duly examined and considered all such requests and applications and no actual hearing being necessary in the circumstances, it is hereby ordered that:

1. Reasonable compensation for actual and necessary services rendered or reimbursement for actual and necessary expenses incurred are hereby awarded or allowed, under U.S.C. Section 330(a), 503(b)(2), or 503(b)(4) as follows:

| Applicant | Compensation | Expenses | Total |
|---|---|---|---|
| Trustee, TRACY L. ZUBROD, Chapter 7 Trustee | 494.35 | 51.91 | 546.26 |
| Bankruptcy Clerk | | 0.00 | 0.00 |
| Other-blanket bond premium | | 0.00 | 0.00 |

2. Administrative expenses heretofore allowed by interim order, if any, are hereby modified to the extent applicable by paragraph 1 above of this Order.

BY THE COURT:

*Cathleen D. Parker*   7/25/2017

Cathleen D. Parker
United States Bankruptcy Judge