## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

In re: ABRAMSON, DENNIS LEE　　　　　　　§ Case No. 16-20723
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　TRACY L. ZUBROD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $27,350.00　　　　　　　　Assets Exempt: $28,550.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,431.12　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $22,539.38

Total Expenses of Administration: $546.26

---

　　　3) Total gross receipts of $ 1,977.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,977.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 546.26 | 546.26 | 546.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 23,970.50 | 23,970.50 | 1,431.12 |
| **TOTAL DISBURSEMENTS** | $0.00 | $24,516.76 | $24,516.76 | $1,977.38 |

4) This case was originally filed under Chapter 7 on September 23, 2016. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2017          By: /s/TRACY L. ZUBROD
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash | 1129-000 | 50.00 |
| Checking account: AC PE Federal Credit Union | 1129-000 | 102.84 |
| Savings account: ACPE Federal Credit Union | 1129-000 | 5.00 |
| nonexempt wages | 1229-000 | 87.99 |
| 2016 tax refund | 1224-000 | 1,731.55 |
| **TOTAL GROSS RECEIPTS** | | **$1,977.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - TRACY L. ZUBROD, Chapter 7 Trustee | 2100-000 | N/A | 494.35 | 494.35 | 494.35 |
| Trustee Expenses - TRACY L. ZUBROD, Chapter 7 Trustee | 2200-000 | N/A | 51.91 | 51.91 | 51.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $546.26 | $546.26 | $546.26 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | COLLECTION CENTER OF WYOMING | 7100-000 | N/A | 1,598.90 | 1,598.90 | 95.46 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 3,353.90 | 3,353.90 | 200.24 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | N/A | 600.66 | 600.66 | 35.86 |
| 4 | AMERICAN COLLECTION SYSTEMS, INC. | 7100-000 | N/A | 18,417.04 | 18,417.04 | 1,099.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $23,970.50 | $23,970.50 | $1,431.12 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-20723  
**Case Name:** ABRAMSON, DENNIS LEE

**Period Ending:** 09/18/17

**Trustee:** (700120) TRACY L. ZUBROD, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 09/23/16 (f)  
**§341(a) Meeting Date:** 10/26/16  
**Claims Bar Date:** 02/14/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4746 E. Skyline Dr. Lot #4, Laramie, WY 82070, A | 10,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 50.00 | 50.00 | | 50.00 | FA |
| 3 | Checking account: AC PE Federal Credit Union | 100.00 | 100.00 | | 102.84 | FA |
| 4 | Savings account: ACPE Federal Credit Union | 5.00 | 5.00 | | 5.00 | FA |
| 5 | Bed, mattress, children's beds, cookware, | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Cell phone, | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Everyday clothing | 200.00 | 0.00 | | 0.00 | FA |
| 8 | 401 (k) or similar plan: University of Wyoming 4 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Retirement account: TIAA/Cref Retirement Account | 15,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1995 Infiniti G20, 200,000 miles, JTWRS. Entire | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Carpen | 0.00 | 0.00 | | 0.00 | FA |
| 12 | nonexempt wages (u) | Unknown | 87.99 | | 87.99 | FA |
| 13 | 2016 tax refund (u) | Unknown | 2,300.00 | | 1,731.55 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$27,505.00** | **$2,542.99** | | **$1,977.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

    awaiting $0 balance to submit TDR

**Initial Projected Date Of Final Report (TFR):** June 21, 2017     **Current Projected Date Of Final Report (TFR):** June 21, 2017 (Actual)

Printed: 09/18/2017 10:40 AM     V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-20723  
**Case Name:** ABRAMSON, DENNIS LEE  
**Taxpayer ID #:** **-***2186  
**Period Ending:** 09/18/17  

**Trustee:** TRACY L. ZUBROD, Chapter 7 Trustee (700120)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5666 - Checking Account  
**Blanket Bond:** $47,027,358.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/17 | | Tawnya Walsh | cash on hand, bank balance, nonexempt wages, estates portion of tax refund | | 1,977.38 | | 1,977.38 |
| | {13} | | estates portion of 2016 tax refund  1,731.55 | 1224-000 | | | 1,977.38 |
| | {2} | | cash on hand  50.00 | 1129-000 | | | 1,977.38 |
| | {3} | | bank balance  102.84 | 1129-000 | | | 1,977.38 |
| | {4} | | bank balance  5.00 | 1129-000 | | | 1,977.38 |
| | {12} | | nonexempt wages  87.99 | 1229-000 | | | 1,977.38 |
| 07/27/17 | 101 | TRACY L. ZUBROD, Chapter 7 Trustee | | 2100-000 | | 494.35 | 1,483.03 |
| 07/27/17 | 102 | TRACY L. ZUBROD, Chapter 7 Trustee | | 2200-000 | | 51.91 | 1,431.12 |
| 07/27/17 | 103 | COLLECTION CENTER OF WYOMING | | 7100-000 | | 95.46 | 1,335.66 |
| 07/27/17 | 104 | CAPITAL ONE BANK (USA), N.A. | | 7100-000 | | 200.24 | 1,135.42 |
| 07/27/17 | 105 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | | 7100-000 | | 35.86 | 1,099.56 |
| 07/27/17 | 106 | AMERICAN COLLECTION SYSTEMS, INC. | | 7100-000 | | 1,099.56 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 1,977.38 | 1,977.38 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 1,977.38 | 1,977.38 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $1,977.38 | $1,977.38 | |

Net Receipts :  1,977.38  
Net Estate :  $1,977.38  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5666** | 1,977.38 | 1,977.38 | 0.00 |
| | $1,977.38 | $1,977.38 | $0.00 |

{} Asset reference(s)

Printed: 09/18/2017 10:40 AM   V.13.30